PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 10, 2014**

SEAN F. McAVOY, CLERK

U.S.A. vs.      Mellin-Valencia, Jose      Docket No.      4:14CR06012-EFS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Mellin-Valencia, who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima , Washington, on the 7th day of July 2014 under the following conditions:

**Standard Condition #4**: Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pasco, WA 99301**.**

**Standard Condition #6**: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Jose Mellin-Valencia is considered in violation of his pretrial release conditions, as he failed to report to U.S. Probation as required since September 1, 2014.

**Violation #2**: Jose Mellin-Valencia is considered in violation of his pretrial release conditions, as he moved from his residence sometime between September 1, 2014 to September 8, 2014, without prior notification or approval from U.S. Probation. He has not maintained contact with his defense attorney or this officer, and his whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      September 9, 2014

by    s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
U.S. Magistrate Judge

Date   9/10/2014

